AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:21-MJ-82 PAS |
| Jonathan King, YOB: 1991 | ) | |
| Defendant | ) | |

**RECEIVED** By DPrete at 10:30 am, Jul 15, 2021

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jonathan King, YOB: 1991

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute & PWID 400 grams of fentanyl and Xanax tablets; PWID 400 grams of fentanyl; and PWID Xanax tablets in violation of 21 U.S.C. § 846; 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A), and 21 U.S.C. §§ 841 (a)(1) and (b)(2).

Date:   July 14, 2021

*Issuing officer's signature*

City and state:   Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/14/2021, and the person was arrested on *(date)* 7/19/2021
at *(city and state)* WARWICK, RI

Date:  7/19/2021

**WARRANT EXECUTED**
**U.S. MARSHALS SERVICE**
JUL 19 2021
District of Rhode Island